706 A.2d 1206

**DELAWARE VALLEY TRANSPLANT PROGRAM, Petitioner,**

v.

**PENNSYLVANIA REGIONAL TISSUE BANK, Respondent.**

Supreme Court of Pennsylvania.

March 13, 1998.

Christopher A. Lewis, Jan L. Weinstock, Philadelphia, James B. Dilsheimer, Washington, DC, Terrence R. Nealon, Scranton, for petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 13th day of March, 1998, the Petition for Allowance of Appeal is denied as to question 1 as stated in the Petition. The Petition is granted as to questions 2 through 5 as stated in the petition, and the matter is remanded to the Commonwealth Court for disposition of those issues on the merits. Jurisdiction relinquished.